UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
MICHAEL B. DORSEY,                      )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        Civil Action No. 08-1276 (PLF)
                                        )
GOVERNMENT OF CHINA, et al.,            )
                                        )
                Defendants.             )
_____)


ORDER

        This matter is before the Court on defendant CitiBank's motion to dismiss. For

the reasons stated in the Memorandum Opinion issued this same day, it is hereby

        ORDERED that defendant's motion to dismiss [6] is GRANTED and plaintiff's

complaint is dismissed in its entirety; it is

        FURTHER ORDERED that all other pending motions are denied as moot; and

it is

        FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

        SO ORDERED.


                                        _/s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge


DATE: May 14, 2009